

# NUMBER 13-19-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SOCORRO GARZA AND/OR
OCCUPANTS,                                                    Appellant,

v.

CA-AM II INVESTMENTS, LLC,                                    Appellee.

### On appeal from the County Court at Law No. 1
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Longoria

Appellant, Socorro Garza and/or Occupants, filed an appeal from a judgment entered on September 5, 2019 by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-19-3345-H. Appellee has filed an unopposed motion to dismiss the appeal on grounds the trial court has signed an agreed order to set aside the

September 5, 2019 order and there is no longer any final order subject to appeal. Appellee requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellee's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellee's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellee's unopposed request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
24th day of October, 2019.

2